IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-573-D

| | |
|---|---|
| CUSTOM DYNAMICS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RADIANTZ LED LIGHTING INC., ) | |
| ) | |
| Defendant. ) | |

The parties seek to stay all claims in plaintiff Custom Dynamics' second amended complaint and defendant Radiantz LED Lighting, Inc.'s answer and counterclaims to plaintiff's second amended complaint. The parties seek to stay all claims in this litigation until the United States Patent and Trademark Office ("USPTO") reaches a final determination on the claims regarding U.S. Patent No. 6,371,637.

The parties consent to the stay of all claims in this action, and for good cause shown, the joint motion to stay all claims is GRANTED. All claims in this case are stayed pending a final determination on the claims regarding U.S. Patent No. 6,371,637 by the USPTO. The two pending motions [D.E. 86, 90] are DENIED without prejudice.

The Clerk of Court is DIRECTED to close this case administratively. The parties shall notify the court once the USPTO reaches a decision. At that point, the court will direct the Clerk to reopen the case.

SO ORDERED. This 18 day of January 2011.

JAMES C. DEVER III
United States District Judge