IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-573-D

| | |
|---|---|
| CUSTOM DYNAMICS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION OF DISMISSAL |
| ) | |
| RADIANTZ LED LIGHTING, INC., ) | |
| MITCHELL A. VALENTINE and JESSICA ) | |
| RIOS ) | |
| ) | |
| Defendants. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) the parties in this action hereby stipulate to the dismissal of all claims and counterclaims with prejudice, each party to bear their own respective costs and fees.

Respectfully submitted this the 11th day of November, 2011.

COATS & BENNETT, P.L.L.C.
**Attorneys for Plaintiff**

By: /s/ Anthony J. Biller
Anthony J. Biller
N.C. State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone: (919) 854-1844
Facsimile: (919) 854-2084
Email: abiller@coatsandbennett.com

TROUTMAN SANDERS LLP
**Attorneys for Defendants**

By: _____
Gary S. Parsons      N.C.S.B. # 7955
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4110
Facsimile: (919) 829-8713
Email: gparsons@troutmansanders.com

CRANFILL, SUMNER & HARTZOG, LLP
**Attorneys for Defendants**

By: _____
Dan Hartzog    State Bar 5648
Cranfill, Sumner, & Hartzog, LLP
5420 Wade Park Blvd., Suite 300
Raleigh NC 27607
Telephone: (919) 863-8705
Facsimile: (919) 863-3425
Email: dmh@cshlaw.com